PASSAIC NATIONAL BANK AND TRUST COMPANY, complainant-respondent,

*v.*

ISAAC H. MASS et al., defendants-appellants.

[Argued February 11th, 1938.   Decided May 17th, 1938.]

*Messrs. Minturn & Weinberger,* for the appellants.

*Messrs. Feder & Rinzler,* for the respondent.

PER CURIAM.

The decree and order appealed from will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Egan. We also conclude that the provisions of the decree and order respecting counsel fees are proper and should be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, PERSKIE, HETFIELD, WELLS, WOLFSKEIL, JJ.   8.

*For Modification*—PARKER, HEHER, PORTER, DEAR, RAFFERTY, WALKER, JJ.   6.